**DISMISS; and Opinion Filed December 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01462-CV

### IN THE INTEREST AND PROTECTION OF M.W.L.

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11773**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Lang-Miers

Before the Court is appellant the City of Dallas's December 15, 2015 motion to dismiss

the appeal and issue the mandate in this case. The City states that it has reached a settlement of

all disputed claims with appellee Rhonda Hunter and no longer wishes to pursue the appeal. In

accordance with the parties' agreement, we grant the motion, dismiss the appeal, and direct the

Clerk of the Court to issue the mandate forthwith. TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141462F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST AND PROTECTION
OF M.W.L.

No. 05-14-01462-CV

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-11773.
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Rhonda Hunter recover her costs of this appeal from appellant the City of Dallas.

The Clerk of the Court is **DIRECTED** to issue the mandate forthwith.

Judgment entered this 29th day of December, 2015.